**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 260 WAL 2022

:

Respondent              :

:   Petition for Allowance of Appeal

:   from the Order of the Superior Court

v.                     :

:

:

ERICA MARKUS,           :

:

Petitioner               :

## ORDER

**PER CURIAM**

      **AND NOW**, this 8th day of March, 2023, the Petition for Allowance of Appeal is **DENIED**.